United States District Court

Bashon Pike
Plaintiff(s)

v.

Dennis Phillips etal;
Defendants

FILED
DEC 28 2015 EAC
12-28-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

No: 14CV0242

Judge: Mary Rowland, Magistrate

Motion for Judgement

Statement of fact; On the date of June 5th, 2015 at approximately 12:pm, Attorney for Defendant Dennis Phillip's, etal settled Complaint against client:

In these proceedings Judge Rowland admonished attorney that 6 months was allowed to pay plaintiff agreed settlement:

On this date Defendant's attorney also was aware of Illinois budget crisis, & also was in contact with authoritative figure dealing with max payment allowed: Defendant's attorney entered a binding contract in the form of settlement without caution for extention of time if in fact crisis was to continue:

Plaintiff states as follows, On the date of 12/5/15 the deadline for payment colapsed, without any attempt for defendants to get extension of time, this disregard was negligent & breached reasoning for settlement timeline. Crisis was in affect at time of settlement & I, D.O.C. was given an extension in the form of 4 months added to allowed 60 day pay deadline. Excuse of payment crisis in Illinois is irrelevant in this fact & can only be seen as biased, Defendants attorney had chance to voice this notion as well as file for extension of time. This breach in agreement is viewed by plaintiff as intentional & a deliberate violation of his Constitutional right 14th amendment Due process of law;.

Plaintiff files motion pro-se, & asks that the Courts rule for the defendant to pay settlement amount in the timeline of 1 wk from date of Courts receiving this motion or before the newyears. Plaintiff also prays that this Court have mercy on bearings of situation & see these actions by Defendants as follows:

Plaintiff also states "as I have another lawsuit pending", & I pay my 20% without fail, because I signed contract allowing this, despite my budget crisis.

Bashon Pike